IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EDGAR PEREZ GARCIA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-26-106-D |
| ) | |
| SAM OLSON, et al., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

Petitioner Edgar Perez Garcia filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1]. The matter was referred to United States Magistrate Judge Amanda L. Maxfield for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 4].

On March 2, 2026, the magistrate judge issued a Report and Recommendation [Doc. No. 14], in which she recommends that the Court deny Petitioner's habeas petition. Specifically, the magistrate judge concludes that Petitioner fails to allege an independent statutory violation against Respondents and, further, that the Central District of California rulings upon which Petitioner solely relies for his habeas petition are not binding on this Court. *See Bautista v. Santacruz*, No. 5:25-cv-1873-SSS-BFM, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025) (*Bautista I*) and *Bautista v. Santacruz*, No. 5:25-cv-1873-SSS-BFM, 2025 WL 3288403, at *9 (C.D. Cal. Nov. 25, 2025) (*Bautista II*). Accordingly, the magistrate judge recommends that both Petitioner's habeas petition and Petitioner's Emergency Motion for Stay of Removal [Doc. No. 9] be denied.

1

In her report, the magistrate judge notified Petitioner of his right to file an objection to the report on or before March 9, 2026, and that the failure to object waives Petitioner's right to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 14] in its entirety.

For the reasons stated therein, Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED**, and this action is **DISMISSED WITHOUT PREJUDICE**. A separate judgment shall be entered.

**IT IS FURTHER ORDERED** that Petitioner's Emergency Motion for Stay of Removal [Doc. No. 9] is **DENIED**.

**IT IS SO ORDERED** this 11th day of March, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge