**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

EDGAR PEREZ GARCIA, )
)
    Petitioner, )
)
v. )    Case No. CIV-26-106-D
)
SAM OLSON, et al., )
)
    Respondents. )

**JUDGMENT**

Pursuant to the Order entered this date, the Petition for Writ of Habeas Corpus Under

28 U.S.C. § 2241 [Doc. No. 1] is **DENIED**, and this action is **DISMISSED WITHOUT**

**PREJUDICE**.

**ENTERED** this 11th day of March, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge